

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00092-CV
_____

HAIGHT FAMILY, LLC, Appellant

V.

WHITE BLUFF PROPERTY OWNERS ASSOCIATION, INC., Appellee

On Appeal from the 66th District Court
Hill County, Texas
Trial Court No. CV446-18DC

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

The parties have filed with this Court an agreed motion to set aside the trial court's judgment out of Hill County,[1] without regard to the merits, and to remand the case to the trial court for disposition in accordance with the terms of the parties' settlement agreement. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the parties' motion, set aside the trial court's judgment, without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Josh R. Morriss, III
Chief Justice

Date Submitted:    August 3, 2021
Date Decided:     August 4, 2021

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.